IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ART VAN FURNITURE LLC, et al., ) | Bk. No. 20-10553(CSS) |
| ) | Adversary No. 20-50548(CSS) |
| Debtors. ) | |
| _____ ) | |
| TODD STEWART and ) | |
| JENNIFER SAWLE on behalf of ) | |
| themselves and all others similarly ) | |
| situated, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civil Action No. 22-450-CFC |
| ) | |
| ALFRED T. GIULIANO, Chapter 7 ) | |
| Trustee for Debtors, et al., ) | |
| ) | |
| Appellees. ) | |
| _____ ) | |
| ALFRED T. GIULIANO, Chapter 7 ) | |
| Trustee for Debtors, et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civil Action No. 22-489-CFC |
| ) | |
| TODD STEWART and ) | |
| JENNIFER SAWLE on behalf of ) | |
| themselves and all others similarly ) | |
| situated, ) | |
| Appellees. ) | |

## ORDER

At Wilmington this 18th day of May 2022, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that these cases be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on these bankruptcy appeals shall proceed in accordance with the following schedule:

1. Opening briefs in support of the appeal and cross appeal are due on or before **June 20, 2022.**

2. Responsive briefs in the appeal and cross appeal are due on or before **July 25, 2022.**

3. Reply briefs in the appeal and cross appeal are due on or before **August 8, 2022.**

_____
Chief Judge