# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>START MAN FURNITURE, LLC, et al.[1] | Chapter 7<br>Case No. 20-10553 (CTG)<br>Jointly Administered |
| TODD STEWART and JENNIFER SAWLE, on behalf of themselves and all others similarly situated,<br><br>               Appellants,<br>v.<br><br>ALFRED T. GIULIANO, chapter 7 trustee for Debtors Start Man Furniture, LLC, et al.,<br><br>               Appellee. | Civil Action No. 22-cv-450 (CFC)<br><br>Bankruptcy Case No. 20-10553 (CTG)<br>Bankruptcy Adv. Pro. No. 20-50548 (CTG)<br>Bankruptcy BAP No. 22-00030 |
| ALFRED T. GIULIANO, chapter 7 trustee For Debtors Start Man Furniture, LLC, et al.,<br><br>               Appellant,<br>v.<br><br>TODD STEWART and JENNIFER SAWLE, on behalf of themselves and all others similarly situated,<br><br>               Appellees. | Civil Action No. 22-cv-489 (CFC)<br><br>Bankruptcy Case No. 20-10553 (CTG)<br>Bankruptcy Adv. Pro. No. 20-50548 (CTG)<br>Bankruptcy BAP No. 22-00032 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

# **APPENDIX TO CROSS-APPELLANT'S OPENING BRIEF**

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler (Bar No. 4142)
Beth E. Levine (admitted *pro hac vice*)
Colin R. Robinson (Bar No. 5524)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com
    crobinson@pszjlaw.com
    pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

# **TABLE OF CONTENTS**

| DATE Entered/E-Filed | D.I. | DOCUMENT | BATES NO(S). |
|---|---|---|---|
| 03/09/2020 | BK D.I. 12 | *Declaration of David Ladd, Executive Vice President and Chief Financial Officer of Art Van Furniture, LLC, in Support of Chapter 11 Petitions and First Day Motions* | A000001-A000032 |
| 03/09/2020 | BK D.I. 49 | *Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant To 11 U.S.C. §§ 105, 361, 364(C) and 364 (D); and (II) Granting Related Relief* | A000033-A000109 |
| 03/09/2020 | BK D.I. 52 | *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving Procedures for Store Closing Sales, (II) Authorizing Customary Bonuses to Employees of Closing Stores, (III) Authorizing Assumption of the Consulting Agreement under §§ 363 and 365 of the Bankruptcy Code, (IV) Authorizing the Debtors to Retain Certain Consultant Entities as Special Asset Disposition Advisors to the Debtors Pursuant to § 327(A) of the Bankruptcy Code and (V) Granting Related Relief* | A000110–A000237 |
| 03/11/2020 | BK D.I. 93 | *Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* | A000238-A000302 |
| 03/19/2020 |  | COVID WARN Notice | A0000303 |
| 04/03/2020 | BK D.I. 252 | *Debtors' Corrected Motion for Entry of an Order (I) Converting their Chapter 11 Cases* | A000304-A000333 |

|  |  | *to Cases under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* |  |
|---|---|---|---|
| 04/07/2020 | BK D.I. 264 | *Notice to Interim Trustee/Trustee of Selection in an Asset Case* | A000334 |
| 05/23/2020 | ADV. D.I. 1 | *Class Action Adversary Proceeding Complaint for Violation of WARN Act U.S.C. § 2101, et. seq.* | A000335- A000345 |
| 12/10/2020 | ADV. D.I. 25 | *Chapter 7 Trustee's Answer to Complaint for Violation of WARN Act and Affirmative Defenses* | A000346- A000362 |
| 06/20/2021 | ADV. D.I. 31 | *Pretrial Scheduling Order entered by the United States Bankruptcy Court, District of Delaware* | A000363- A000368 |
| 10/29/2021 | ADV. D.I. 40 | *Chapter 7 Trustee's First Amended Answer to Complaint for Violation of WARN Act and Affirmative Defenses* | A000369- A000387 |
| 11/12/2021 | ADV. D.I. 43 | *Chapter 7 Trustee's Motion for Summary Judgment* | A000388- A000389 |
| 11/12/2021 | ADV. D.I. 44 | *Memorandum in Support of Chapter 7 Trustee's Motion for Summary Judgment* | A000390- A000421 |
| 11/12/2021 | ADV. D.I. 45 | *Statement of Undisputed Facts in Support of Chapter 7 Trustee's Motion for Summary Judgment* | A000422- A000434 |
| 11/12/2021 | ADV. D.I. 46 | *Declaration of Bradford Sandler in Support of Chapter 7 Trustee's Motion for Summary Judgment* | A000435- A001427 |
| 12/03/2021 | ADV. | *Plaintiffs' Brief in Opposition to Trustee's* | A001428- |

|  | D.I. 49 | *Motion for Summary Judgment and Cross-Motion to Defer Ruling* | A001652 |
| --- | --- | --- | --- |
| 12/17/2021 | ADV. D.I. 52 | *Reply in Further Support of Chapter 7 Trustee's Motion for Summary Judgment* | A001653-A001692 |
| 03/21/2022 | ADV. D.I. 63 | *Opinion* entered by the United States Bankruptcy Court, District of Delaware | A001693-A001721 |
| 03/21/2022 | ADV. D.I. 64 | *Order* entered by the United States Bankruptcy Court, District of Delaware | A001722 |
| 04/04/2022 | ADV. D.I. 66 | *Notice of Appeal and Statement of Election* | A001723-A001727 |
| 04/14/2022 | ADV. D.I. 72 | *Notice of Cross-Appeal* | A001728-A001732 |

Dated:  June 21, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/Bradford J. Sandler*
Bradford J. Sandler (Bar No. 4142)
Beth E. Levine (admitted *pro hac vice*)
Colin R. Robinson (Bar No. 5524)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
         crobinson@pszjlaw.com
         pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*