# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered) |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ART VAN FURNITURE, LLC, *et al.*,<br><br>Defendants. | Adv. Proc. No. 20-50548 (CSS) |

## CHAPTER 7 TRUSTEE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, made applicable herein by Federal Rule of Bankruptcy Procedure 7056, Alfred T. Giuliano, Chapter 7 Trustee (the "Trustee") to Art Van Furniture, LLC, Sam Levin, Inc. and related debtors, hereby moves for summary judgment in his favor and against Plaintiffs. In support of this motion, the Trustee relies on the record in the adversary proceeding, the concurrently-filed declaration of Bradford Sandler (including all exhibits thereto), the concurrently-filed *Memorandum in Support of Chapter 7 Trustee's Motion*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

*for Summary Judgment*, and such additional facts and law as this Court may consider through judicial notice or otherwise.

 WHEREFORE, the Trustee respectfully requests that the Court enter judgment in his favor and against Plaintiffs and grant such other and further relief that may be appropriate or just.

        Respectfully Submitted,

Dated: November 12, 2021  PACHULSKI STANG ZIEHL & JONES LLP
   Wilmington, Delaware

        */s/ Bradford Sandler*
        Bradford J. Sandler (DE Bar No. 4142)
        Beth Levine (New York Bar No. 2572246)
        (admitted *pro hac vice*)
        Colin R. Robinson (DE Bar No. 5524)
        Peter J. Keane (DE Bar No. 5503)
        **PACHULSKI STANG ZIEHL & JONES LLP**
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        Email: bsandler@pszjlaw.com
           blevine@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com

        Counsel to Alfred T. Giuliano, Chapter 7 Trustee to Defendants Art Van Furniture, LLC, *et al.*