# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>START MAN FURNITURE, LLC, et al.[1] | Chapter 7<br>Case No. 20-10553 (CTG)<br>Jointly Administered |
| TODD STEWART and JENNIFER SAWLE, on behalf of themselves and all others similarly situated,<br><br>                   Appellants,<br>  v.<br><br>ALFRED T. GIULIANO, chapter 7 trustee for Debtors Start Man Furniture, LLC, et al.,<br><br>                   Appellee. | Civil Action No. 22-cv-00450 (CFC)<br><br>Bankruptcy Case No. 20-10553 (CTG)<br>Bankruptcy Adv. Pro. No. 20-50548 (CTG)<br>Bankruptcy BAP No. 22-00030 |
| ALFRED T. GIULIANO, chapter 7 trustee for Debtors Start Man Furniture, LLC, et al.,<br><br>                   Appellant,<br>  v.<br><br>TODD STEWART and JENNIFER SAWLE, on behalf of themselves and all others similarly situated,<br><br>                   Appellees. | Civil Action No. 22-cv-489 (CFC)<br><br>Bankruptcy Case No. 20-10553 (CTG)<br>Bankruptcy Adv. Pro. No. 20-50548 (CTG)<br>Bankruptcy BAP No. 22-00032 |

**APPENDIX TO APPELLANTS' OPENING BRIEF**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, including Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

| | |
|---|---|
| Michael J. Joyce (No. 4563) | René S. Roupinian |
| **JOYCE, LLC** | Jack A. Raisner |
| 1225 King Street, Suite 800 | Gail C. Lin |
| Wilmington, DE 19801 | **RAISNER ROUPINIAN LLP** |
| Telephone: (302)-388-1944 | 270 Madison Avenue, Suite 1801 |
| Email: mjoyce@mjlawoffices.com | New York, New York 10016 |
| | Telephone: (212) 221-1747 |
| | Facsimile: (212) 221-1747 |
| | Email: rsr@raisnerroupinian.com |
| | Email: jar@raisnerroupinian.com |
| | Email: gcl@raisnerroupinian.com |

*Attorneys for Appellants and Cross Appellees*
*Todd Stewart and Jennifer Sawle, on behalf of themselves and all others*

## TABLE OF CONTENTS

**Adversary Proceeding No. 20-50548 (*Stewart, et al. v. Art Van, et al.*)**

| Appendix Page Number | Description | Adv. Docket No. | Date |
|---|---|---|---|
| PA00001 | WARN ACT Complaint | 1 | 3/23/20 |
| PA00012 | Answer to Complaint | 25 | 12/10/20 |
| PA00029 | Pretrial Scheduling Order | 31 | 6/10/21 |
| PA00035 | Mediator's Final Report | 39 | 10/15/21 |
| PA00036 | First Amended Answer to Complaint | 40 | 10/29/21 |
| PA00057 | Notice of Service of Defendant's Initial Disclosures | 41 | 10/29/21 |
| PA00061 | Notice of Service of Plaintiffs' Initial Disclosures | 42 | 11/1/21 |
| PA00063 | Motion For Summary Judgment Filed by Alfred T. Giuliano, Ch. 7 Trustee for Debtor | 43 | 11/12/21 |
| PA00065 | Memorandum of Law in Support of Chapter 7 Trustee's Motion for Summary Judgment | 44 | 11/12/21 |
| PA00097 | Statement of Undisputed Facts in Support of Chapter 7 Trustee's Motion for Summary Judgment | 45 | 11/12/21 |
| PA00110 | Declaration in Support of Bradford Sandler in Support of Chapter 7 Trustee's Motion for Summary Judgment | 46 | 11/12/21 |
| PA00971 | Notice of Service of Chapter 7 Trustee's Objections and Responses to Plaintiffs' First Set of Interrogatories to Defendants, and Objections and Responses to Plaintiffs' First Request for Production of Documents to Defendants | 48 | 12/2/21 |
| PA00975 | Plaintiffs' Brief in Opposition to Trustee's Motion for Summary Judgment and Cross-Motion to Defer Ruling | 49 | 12/3/21 |
| PA01200 | Plaintiffs' Response to Trustee's Statement of Undisputed Facts | 50 | 12/3/21 |
| PA01215 | Reply in Further Support of Chapter 7 Trustee's Motion for Summary Judgment | 52 | 12/17/21 |
| PA01253 | Request for Oral Argument Filed by Alfred T. Giuliano | 56 | 12/27/21 |

| | | | |
|---|---|---|---|
| PA01255 | Notice of Completion of Briefing (Trustee's SJ Motion) | 57 | 12/27/21 |
| PA01258 | Notice of Deposition of Jennifer Sawle, Notice of Service of Notice of Deposition of Jennifer Sawle Pursuant to Fed. R. Civ. Proc. 30 | 58, 59 | 1/12/22 |
| PA01262 | Notice of Deposition of Todd Stewart, Notice of Service of Notice of Deposition of Todd Stewart Pursuant to Fed. R. Civ. Proc. 30 | 60, 61 | 1/12/22 |
| PA01270 | Notice of Service of Discovery Responses by Jennifer Sawle, Todd Stewart | 62 | 2/14/22 |
| PA01272 | Opinion | 63 | 3/21/22 |
| PA01301 | Order | 64 | 3/21/22 |
| PA01302 | Notice of Appeal and Statement of Election | 66 | 4/2/22 |
| PA01307 | Transmittal of Record on Appeal to District Court BAP 22-30 | 69 | 4/5/22 |
| PA01309 | Plaintiffs-Appellants' Statement of Issues and Designation of Items to be Included in the Record on Appeal | 4 | 4/28/22 |

**Bankruptcy Case No. 20-10553 (Art Van Furniture, LLC, et al.)**

| Appendix Page Number | Description | Bankr. Docket No. | Date |
|---|---|---|---|
| PA01313 | Declaration of David Ladd in Support of Chapter 11 Petitions and First Day Motions | 12 | 3/9/20 |
| PA01345 | Motion to Convert to Ch. 7 | 252 | 4/3/20 |