# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 7 |
| | Case No. 20-10553 (CTG) |
| START MAN FURNITURE, LLC, et al.[1] | Jointly Administered |
| TODD STEWART and JENNIFER SAWLE, on behalf of themselves and all others similarly situated, | Civil Action No. 22-cv-450 (CFC) |
| | Bankruptcy Case No. 20-10553 (CTG) |
| Appellants, | Bankruptcy Adv. Pro. No. 20-50548 (CTG) |
| v. | Bankruptcy BAP No. 22-00030 |
| ALFRED T. GIULIANO, chapter 7 trustee for Debtors Start Man Furniture, LLC, et al., | |
| Appellee. | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

| | |
|---|---|
| ALFRED T. GIULIANO, chapter 7 trustee For Debtors Start Man Furniture, LLC, et al.,<br><br>                Appellant,<br><br>v.<br><br>TODD STEWART and JENNIFER SAWLE, on behalf of themselves and all others similarly situated,<br><br>                Appellees. | Civil Action No. 22-cv-489 (CFC)<br><br>Bankruptcy Case No. 20-10553 (CTG)<br>Bankruptcy Adv. Pro. No. 20-50548 (CTG) Bankruptcy BAP No. 22-00032 |

## APPENDIX TO APPELLEE TRUSTEE'S ANSWERING BRIEF

                PACHULSKI STANG ZIEHL & JONES LLP
                Bradford J. Sandler (Bar No. 4142)
                Beth E. Levine (admitted *pro hac vice*)
                Colin R. Robinson (Bar No. 5524)
                Peter J. Keane (Bar No. 5503)
                919 North Market Street, 17th Floor
                Wilmington, DE 19801
                Telephone:  (302) 652-4100
                Facsimile:  (302) 652-4400
                Email:  bsandler@pszjlaw.com
                        crobinson@pszjlaw.com
                        pkeane@pszjlaw.com

              *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

# TABLE OF CONTENTS

| DATE Entered/ E-Filed | D.I. | DOCUMENT | BATES NOS. |
|---|---|---|---|
| 05/23/2020 | ADV. D.I. 1 | *Class Action Adversary Proceeding Complaint for Violation of WARN Act U.S.C. § 2101, et. seq.* | AB_0001 – AB_00011 |
| 11/12/2021 | ADV. D.I. 43 | *Chapter 7 Trustee's Motion for Summary Judgment* | AB_00012 - AB_00013 |
| 11/12/2021 | ADV. D.I. 44 | *Memorandum in Support of Chapter 7 Trustee's Motion for Summary Judgment* | AB_00014 – AB_00045 |
| 11/12/2021 | ADV. D.I. 46 | *Declaration of Bradford Sandler in Support of Chapter 7 Trustee's Motion for Summary Judgment* | AB_00046 – AB_0001038 |
| 03/21/2022 | ADV. D.I. 63 | *Opinion entered by the United States Bankruptcy Court, District of Delaware* | AB_0001039 – AB_0001067 |
| 03/21/2022 | ADV. D.I. 64 | *Order entered by the United States Bankruptcy Court, District of Delaware* | AB_0001068 |
| 04/04/2022 | ADV. D.I. 66 | *Notice of Appeal and Statement of Election* | AB_0001069 – AB_0001073 |
| 04/14/2022 | ADV. D.I. 72 | *Notice of Cross-Appeal* | AB_0001074 - AB_0001078 |
| 03/09/2020 | BK D.I. 12 | *Declaration of David Ladd, Executive Vice President and Chief Financial Officer of Art Van Furniture, LLC, in Support of Chapter 11 Petitions and First Day Motions* | AB_0001079 – AB_0001290 |
| 03/09/2020 | BK D.I. 52 | *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving Procedures for Store Closing Sales, (II)* | AB_0001291 – AB_0001238 |

| DATE Entered/ E-Filed | D.I. | DOCUMENT | BATES NOS. |
|---|---|---|---|
| | | *Authorizing Customary Bonuses to Employees of Closing Stores, (III) Authorizing Assumption of the Consulting Agreement under §§ 363 and 365 of the Bankruptcy Code, (IV) Authorizing the Debtors to Retain Certain Consultant Entities as Special Asset Disposition Advisors to the Debtors Pursuant to § 327(A) of the Bankruptcy Code and (V) Granting Related Relief* | |
| 03/11/2020 | BK D.I. 93 | *Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* | AB_0001239 - AB_0001304 |
| 03/11/2020 | BK D.I. 137 | *Interim Order: (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. Sections 105, 361, 364(c) and 364(d); (II) Scheduling A Final Hearing; And (III) Granting Related Relief* | AB_0001305 – AB_0001320 |
| 04/03/2020 | BK D.I. 252 | *Debtors' Corrected Motion for Entry of an Order (I) Converting their Chapter 11 Cases to Cases under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* | AB_0001321 – AB_001351 |
| 04/06/2020 | BK D.I. 263 | *Order Granting Debtor's Amended Motion to Convert* | AB_0001352 – AB_0001357 |
| 04/07/2020 | BK D.I. 264 | *Notice of Appointment of Trustee* | A000334 |

| DATE Entered/ E-Filed | D.I. | DOCUMENT | BATES NOS. |
|---|---|---|---|
| 03/14/2020 | | *Wolf Administration Issues Guidance to Non-Essential Businesses as Part of COVID-19 Mitigation Efforts*, March 14, 2020, available at https://dced.pa.gov/newsroom/wolf-administration-issues-guidance-to-non-essential-businesses-as-part-of-covid-19-mitigation-efforts | AB_0001358 – AB_0001359 |
| 03/19/2020 | | *All Non-Life-Sustaining Businesses in Pennsylvania to Close Physical Locations As of 8 PM Today to Slow Spread of COVID-19,* March 19, 2020, available at https://www.governor.pa.gov/newsroom/all-non-life-sustaining-businesses-in-pennsylvania-to-close-physical-locations-as-of-8-pm-today-to-slow-spread-of-covid-19/ | AB_0001360 – AB_0001361 |
| 03/19/2020 | | Pennsylvania: Gov. Tom Wolf, Executive Order, dated March 19, 2020, available at https://www.governor.pa.gov/wp-content/uploads/2020/03/20200319-TWW-COVID-19-business-closure-order.pdf (Ex. P to Sandler Declaration) | AB_000830-AB_000832 |
| 03/23/2020 | | Michigan: Gov. Gretchen Whitmer, Executive Order 2020-21 (COVID-19), dated March 23, 2020, available at https://www.michigan.gov/whitmer/0,9309,7-387-90487-522625--,00.html (Ex. Q to Sandler Declaration) | AB_000833-AB_000836 |
| 03/23/2020 | | Ohio: Dir. of Public Health, Amy Acton, Stay at Home Order, dated March 22, 2020, available at https://content.govdelivery.com/attachments/OHOOD/2020/03/22/file_attachments/1407840/Stay%2 | AB_000837-AB_000849 |

| DATE Entered/ E-Filed | D.I. | DOCUMENT | BATES NOS. |
|---|---|---|---|
| | | 0Home%20Order.pdf (Ex. R to Sandler Declaration) | |
| 03/20/2020 | | Illinois: Gov. JB Pritzker, Executive Order in Response to COVID-19 (COVID-19 Executive Order No. 8), dated March 20, 2020, available at https://www2.illinois.gov/IISNews/21288-Gov._Pritzker_Stay_at_Home_Order.pdf | AB_000850 – AB_000861 |
| 06/21/2022 | DS. D.I. 9 | Cross-Appellant's Opening Brief | AB_0001362 - AB_0001391 |
| 03/19/2020 | | COVID WARN NOTICE | AB_0001392 |

Dated:  July 25, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (Bar No. 4142)
Beth E. Levine (admitted *pro hac vice*)
Colin R. Robinson (Bar No. 5524)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
   crobinson@pszjlaw.com
   pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*